IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CR-320-WKW |
| | ) | [WO] |
| ALTON EDWIN HILTON | ) | |

## **ORDER**

Before the court is Defendant Alton Edwin Hilton's Motion for Termination of Supervised Release. (Doc. # 21.) Mr. Hilton's probation officer does not oppose the motion (Doc. # 21, at 2; Doc. # 23, at 2), and neither does the Government (Doc. # 23, at 2). The motion will be granted.

A court may terminate a term of supervised release under specified conditions, as set out in 18 U.S.C. § 3583(e)(1). The defendant must have completed one year of supervised release, and the court must find, after considering the factors set forth in 18 U.S.C. § 3553(a), that "such action is warranted by the conduct of the defendant released and the interest of justice." *Id.* § 3583(e)(1).

Mr. Hilton began serving his five-year term of supervised release in 2013, so he has served more than the minimum one-year portion of that term. The court has weighed the applicable § 3553(a) factors, in particular, the nature and circumstances of the offense and the history and characteristics of Mr. Hilton. After full

consideration of the statutory prerequisites, and there being no objection to the motion, the court finds that the interest of justice warrants early termination of his term of supervised release.

Accordingly, it is ORDERED that Mr. Hilton's Motion for Termination of Supervised Release (Doc. # 21) is GRANTED and that his previously imposed period of supervised release is TERMINATED as of this date.

DONE this 10th day of July, 2018.

                                        /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE